IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| *In re*: | § | |
| | § | |
| **CYPRESS NILKANTH PARTNERS, LP,** | § | Case No. 10-10917-CAG |
| | § | (Chapter 11) |
| *Debtor* | § | |

## NOTICE OF FINAL HEARING ON DEBTOR'S MOTION
## TO AUTHORIZE USE OF CASH COLLATERAL

NOTICE IS HEREBY GIVEN that a hearing will be conducted before the United States Bankruptcy Court **on April 21, 2010, at 9:30 o'clock a.m.**, on the following motions filed by CYPRESS NILKANTH PARTNERS, LP, the Debtor in Possession ("Debtor") in the above Chapter 11 case:

**Motion to Authorize Use of Cash Collateral** (Document No. 2 on the Court's docket in this case) – Final Hearing.

The hearing will take place in the United States Bankruptcy Court, Courtroom #1, which is located on the third floor of the Homer Thornberry Judicial Building at 903 San Jacinto Blvd., Austin, Texas.

A copy of the Motion was previously served on required parties in interest in this case.

Signed: April 16, 2010      ___/s/ Weldon Ponder_____
                            B. WELDON PONDER, JR.
                            Attorney at Law
                            State Bar of Texas No. 16110400
                            Building 3, Suite 200
                            4601 Spicewood Springs Road
                            Austin, Texas 78759-7841
                            Phone (512) 342-8222 / Fax (512) 342-8444

                            ATTORNEY FOR THE DEBTOR IN POSSESSION,
                            CYPRESS NILKANTH PARTNERS, LP